**Susan J. KRISTOFF and Bernard Kristoff, Petitioners**

v.

**Kevan VALENTINE, Respondent.**

Supreme Court of Pennsylvania.

Feb. 16, 1999.

### ORDER

PER CURIAM:

AND NOW, this 16th day of February 1999, the Petition for Allowance of Appeal is GRANTED, the order of the Superior Court is REVERSED, and this matter is REMANDED to the Superior Court for disposition consistent with this Court's decision in *Washington v. Baxter*, 553 Pa. 434, 719 A.2d 733 (1998).

Justice SAYLOR did not participate in the consideration or decision of this matter.

**Donald L. MYERS, M.D. and Cynthia Jackson**

v.

**NATIONWIDE INSURANCE COMPANY.**

**Cynthia Jackson**

v.

**Nationwide Insurance Company.**

**Appeal of Cynthia Jackson.**

Supreme Court of Pennsylvania.

Argued Feb. 2, 1999.

Decided Feb. 24, 1999.

Thomas B. Grier, Bensalem, for Cynthia Jackson.

Kevin R. McNaulty, Kim R. Plouffe, Philadelphia, for Nationwide Ins. Co.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.